UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WILLIAM HORAN, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

INVICTA WATCH COMPANY OF AMERICA, INC. and EVINE LIVE INC.,

    Defendants.

: Civil Action No. 2:17-cv-3820-JMA-GRB
:
:
: **NOTICE OF VOLUNTARY**
: **DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2018 ★
LONG ISLAND OFFICE

---

NOTICE IS HEREBY GIVEN that, as authorized by Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff William Horan hereby voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own costs and expenses. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated:    White Plains, New York
           February 20, 2018

*Case closed.*

*So Ordered -*

*s/ Joan M. Azrack . 2/21/18*

By: _/s/ Jeffrey I. Carton_

Jeffrey I. Carton, Esq. (JC-8296)
Amber Wallace, Esq. (AW-0393)
Denlea & Carton LLP
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Telephone: (914) 331-0100
Facsimile: (914) 331-0105
jcarton@denleacarton.com
awallace@denleacarton.com

*Attorneys for Plaintiff William Horan*